AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

2004 JUN -1 P 12: 57

U.S. DISTRICT COURT

Charter Communications Entertainment I,
LLC d/b/a Charter Communications

**V.**

Dennis Sosa

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40081 NMG**

TO: (Name and address of defendant)
Dennis Sosa
78 Dorchester Street
Apartment # 1
Worcester, Massachusetts 01604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
99 High Street
20th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

5-19-04
DATE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/26/2004

I hereby certify and return that on 05/25/2004 at 03:51pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of DENNIS SOSA at 78 DORCHESTER ST APT 1, WORCESTER, MA and by mailing first class mail to the above address on 05/26/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff David G Westerman

*Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                     Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.