UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS :
ENTERTAINMENT I, LLC :
d/b/a CHARTER COMMUNICATIONS, :
:
Plaintiff, : CIVIL ACTION
: NO. 04-40082-NMG
v. :
:
DENNIS SOSA, :
:
Defendant. :

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT DENNIS SOSA

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant Dennis Sosa (the "Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1.  The Complaint in the above-captioned action was filed in this Court on May 19, 2004;

2.  The Defendant was served by Deputy Sheriff David G. Westerman by leaving a copy of the Summons and Complaint at the abode of the Defendant on May 25, 2004 and by mailing a first class true attested copy to the home of the Defendant on May 26, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3.  The Defendant failed to file an Appearance in the above-captioned action; and

4.  The Defendant failed to file a response to the Complaint, which was due on or before June 14, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

>PLAINTIFF - CHARTER COMMUNICATIONS
>ENTERTAINMENT I, LLC d/b/a CHARTER
>COMMUNICATIONS
>
>By Its Attorneys,
>
>*[signature]*
>
>Thomas S. Vangel, BBO# 552386
>Christopher L. Brown, BBO#642688
>Murtha Cullina LLP
>99 High Street-20th Floor
>Boston, MA 02110
>(617) 457-4000

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on June 18, 2004 to:

Dennis Sosa
78 Dorchester Street
Apartment # 1
Worcester, Massachusetts 01604

_____
Christopher L. Brown