UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Charter Communications
Entertainment I, LLC
d/b/a Charter Communications,**
             Plaintiff,

                                              CIVIL ACTION
                                              NO.04- 40081-FDS

         V.

**Dennis Sosa,**
             Defendant,

## NOTICE OF DEFAULT

   Upon application of the Plaintiff, Charter Communications Entertainment I, LLC for an order of default for failure of the Defendant, Dennis Sosa, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 20th day of July 2004.

                                              TONY ANASTAS, CLERK


                                              By:  /s/ Martin Castles
                                                   Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                         [ntcdflt.]