UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br>　　　　Plaintiff<br><br>v.<br><br>DENNIS SOSA,<br>　　　　Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 01-40081-FDS<br>)<br>)<br>)<br>) |

**MOTION TO RESCHEDULE HEARING**

The above-captioned matter is scheduled for hearing on Plaintiff's Motion for Reconsideration on February 14, 2005. Due to scheduling conflicts with counsel, the Plaintiff requests that this hearing be rescheduled to February 17, 2005.

　　　　　　　　　　　　　　　　CHARTER COMMUNICATIONS
　　　　　　　　　　　　　　　　ENTERTAINMENT I, LLC d/b/a CHARTER
　　　　　　　　　　　　　　　　COMMUNICATIONS

　　　　　　　　　　　　　　　　By its Attorney,

　　　　　　　　　　　　　　　　_Burton B. Cohen /GAn_
　　　　　　　　　　　　　　　　Burton B. Cohen, BBO #656190
　　　　　　　　　　　　　　　　Murtha Cullina, LLP
　　　　　　　　　　　　　　　　99 High Street
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　617-457-4000

Dated: January 31, 2005

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon each party by mail.

DATE: January 31, 2005   _GAn_

---

296462-1