UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, ] ] ] ] ] Plaintiff ] ] v. ] ] DENNIS SOSA, ] ] Defendant ] | CIVIL ACTION NO. 04-40081-FDS FEBRUARY 9, 2005 |

NOTICE OF APPEARANCE

Please enter my appearance as co-counsel, with Attorneys Cohen and Brown, on behalf of the Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications in this action.

                                CHARTER COMMUNICATIONS
                                ENTERTAINMENT I, LLC d/b/a
                                CHARTER COMMUNICATIONS,

                                By its Attorneys,

                                /s/ Robert J. Munnelly, Jr.
                                Robert J. Munnelly, Jr., BBO#555202
                                Murtha Cullina LLP
                                99 High Street, 20th Floor
Dated: February 9, 2005         Boston, MA 02110
                                (617) 457-4000

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: February 9, 2005   /s/ Robert J. Munnelly, Jr.

296333