UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

    Plaintiff,

v.

DENNIS SOSA

    Defendant.

CASE ACTION
NO. 04-CV-40081(FDS)

## STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant Dennis Sosa agree to dismiss the Complaint against Defendant Dennis Sosa pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By Its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

DENNIS SOSA
By His Attorneys,

_____
Thomas J. Baker, Esq., BBO# 566749
86 Church Street
Whitinsville, MA 01588
(508) 234-8668

Date: March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this 14th day of March, 2005 to:

Thomas J. Baker, Esq.
86 Church Street
Whitinsville, MA 01588
(508) 234-8668

_____
Christopher L. Brown

293873-1                                    2